# IN THE SUPREME COURT OF THE STATE OF NEVADA

ANTHONY JAMES BROOKS, III,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 79479

FILED

SEP 16 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a judgment of conviction. Second Judicial District Court, Washoe County; Elliott A. Sattler, Judge.

This court's review of this appeal reveals a jurisdictional defect. Specifically, the district court entered the judgment of conviction on August 20, 2018. Appellant did not file the notice of appeal, however, until August 21, 2019, well after the expiration of the 30-day appeal period prescribed by NRAP 4(b). "[A]n untimely notice of appeal fails to vest jurisdiction in this court." *Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994). Accordingly, this court

ORDERS this appeal DISMISSED.[1]

_____, J.
Hardesty

_____, J.
Stiglich

_____, J.
Silver

---

[1]Given this order, this court takes no action on the request for judicial notice filed on September 12, 2019.

cc:   Hon. Elliott A. Sattler, District Judge
       Anthony James Brooks, III
       Attorney General/Carson City
       Washoe County District Attorney
       Washoe District Court Clerk